Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MATTHEW WAYNE HENRY,<br><br>　　　　Defendant. | NO. 3:10-cr-00115-HRH -JDR<br><br>**MOTION TO DISMISS COUNTS 1 AND 2 OF THE INDICTMENT** |

Comes now the defendant MATTHEW WAYNE HENRY, by and through counsel, Rich Curtner, Federal Defender, and moves this Court for an order dismissing Counts 1 and 2 of the Indictment in this case (Docket No. 2).

This motion is based on the ground that, as applied to Mr. Henry, prosecution under 18 U.S.C. § 922(o) is an invalid exercise of Congress's commerce power and a violation of Mr. Henry's Second Amendment right to keep and bear arms. This motion is supported by the Memorandum of Law being filed concurrently.

DATED at Anchorage, Alaska this 14th day of January 2011.

Respectfully submitted,

/s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

Certification:
I certify that on January 14, 2011,
a copy of the **Motion to Dismiss
Counts 1 and 2 of the Indictment**
was served electronically on:

Erin E. White
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: erin.white@usdoj.gov

/s/Rich Curtner