Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:10-cr-00115-HRH -JDR |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF APPEAL** |
| MATTHEW WAYNE HENRY, | |
| Defendant. | |

Notice is hereby given that MATTHEW WAYNE HENRY, appeals to the United States Court of Appeals for the Ninth Circuit from the

(**x**)	Conviction only (Fed. R. Crim. P. 32(b))

( )	Conviction and sentence

( )	Sentence only (18 U.S.C. § 3742)

Judgment was entered on this action on July 7, 2011 (Docket No. 92).

Sentence was imposed on July 1, 2011 (Docket Nos. 90, 91).

Transcript is required and will be ordered within six weeks (including arrangements for payment with court recorder).

DATED at Anchorage, Alaska this 14th day of July 2011.

Respectfully submitted,

/s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

Certification:
I certify that on July 14, 2011,
a copy of the **Notice of Appeal**
was served electronically on:

Thomas C. Bradley
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: thomas.bradley@usdoj.gov

Yvonne Lamoureux
Assistant U.S. Attorney
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Email: yvonne.lamoureux@usdoj.gov

/s/Rich Curtner